No. 75–1432. ABELL ET AL. *v.* UNITED STATES. Ct. Cl. Certiorari denied.

No. 75–1451. SMITH *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1454. SANCHEZ ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 75–1455. DuFRESNE, AKA SUDLER, ET AL. *v.* SUDLER. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 75–1456. LEMMONS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 75–1463. CABBLER *v.* SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 75–1465. ATLANTIC TUBING & RUBBER CO. *v.* INTERNATIONAL ENGRAVING CO. C. A. 1st Cir. Certiorari denied.

No. 75–1472. CHASE *v.* ESTELLE, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 75–1475. UNITED STATES STEEL CORP. *v.* UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL.; and
No. 75–1478. UNITED STEELWORKERS OF AMERICA, AFL–CIO, ET AL. *v.* FORD ET AL. C. A. 5th Cir. Certiorari denied.

No. 75–1479. LOCAL UNION No. 795, INTERNATIONAL LONGSHOREMEN'S ASSN., AFL–CIO, ET AL. *v.* McDONALD ET AL. C. A. 5th Cir. Certiorari denied.